# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SNYDER,<br><br>v.<br><br>STANISLAUS COUNTY; POMCO INSURANCE (aka) POMCO WEST, INC.; and DOES 1 through 30, inclusive<br><br>Defendants. | Case No. 1:19-cv-00679<br><br>ORDER DISMSSING DEFENDANT HEALTHCARE STRATEGIES, INC., WITH PREJUDICE<br><br>(ECF No. 9) |

On July 17, 2019, Plaintiff Karen Snyder and Defendant Healthcare Strategies, Inc. filed a stipulation agreeing to dismiss Defendant Healthcare Strategies, Inc., with prejudice. (ECF No. 9) Accordingly, IT IS ORDERED that Plaintiff's claims against Defendant Healthcare Strategies Inc. are DISMISSED WITH PRJEUDICE, with each party to bear its own costs.

IT IS SO ORDERED.

Dated: **July 23, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1