1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   KAREN SNYDER,                          )   CASE NO: 1:19-cv-00679-DAD-EPG
                                            )
11                        Plaintiff,        )   **ORDER REGARDING JOINT**
                                            )   **STIPULATION TO EXTEND**
12        vs.                               )   **DEFENDANT POMCO WEST, INC.'S**
                                            )   **TIME TO RESPOND TO PLAINTIFF'S**
13   STANISLAUS COUNTY; POMCO               )   **COMPLAINT**
     INSURANCE (aka) POMCO WEST, INC;       )
14   and DOES 1 through 30, inclusive,      )   **(ECF NO. 27)**
                                            )
15                        Defendants.       )   State Court Complaint Filed:
                                            )   September 14, 2018
16                                          )
                                            )   Removed: May 16, 2019
17                                          )
                                            )   Current deadline to respond: June 15, 2021
18                                          )
                                            )   New deadline to respond: June 29, 2021
19                                          )
                                            )
20   _____

21        Pursuant to the Joint Stipulation to Extend Defendant POMCO WEST, INC.'s Time to

22   Respond to Plaintiff's Complaint (ECF No. 27), and for good cause appearing, it is ordered that

23   Defendant POMCO WEST, INC. shall have an extension of time to respond to Plaintiff KAREN

24   SNYDER's Complaint up to and including June 29, 2021.
     IT IS SO ORDERED.
25

26   Dated:   **June 14, 2021**              /s/ *Erica P. Grosje*
                                            _____
27                                           UNITED STATES MAGISTRATE JUDGE

28