UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SNYDER,<br><br>                    Plaintiff,<br><br>          v.<br><br>STANISLAUS COUNTY et al.,<br><br>                    Defendants. | No. 1:19-cv-00679-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S REQUEST TO DISMISS THIS ACTION<br><br>(Doc. Nos. 40, 44) |

Plaintiff Karen Snyder, represented by counsel, is proceeding in this civil action alleging negligence and breach of contract claims against defendants. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's request for dismissal of this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. No. 40) be granted. (Doc. No. 44.) The magistrate judge noted that all other parties filed statements of non-opposition to plaintiff's request for dismissal. (*Id.* at 2) (citing Doc. Nos. 42, 43.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) No objections have been filed and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 4, 2022 (Doc. No. 44) are adopted in full;
2. Plaintiff's request for dismissal of this action with prejudice pursuant to Rule 41(a)(2) (Doc. No. 40) is granted;
3. This action is dismissed with prejudice; and
4. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **January 19, 2022**                         /s/ Dale A. Drozd
                                                                    UNITED STATES DISTRICT JUDGE